

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA               :

     v.                               :     INDICTMENT

ATEF M. EL-ASHKAR,                     :     07 Cr. ___
   a/k/a "Etif M. Al-Eshkar,"
                                       :     07 CRIM 697
          Defendant.
                                       :
------------------------------------x

COUNT ONE

The Grand Jury charges:

From on or about June 2, 2003, up to and including the date of the filing of this indictment, in the Southern District of New York, ATEF M. EL-ASHKAR, also known as "Etif M. Al-Eshkar," the defendant, unlawfully, willfully, and knowingly did procure and attempt to procure, contrary to law, the naturalization of a person, and documentary and other evidence of naturalization and of citizenship, to wit, EL-ASHKAR falsely stated on a Form N-400, Application for Naturalization, that he had never advocated (either directly or indirectly) the overthrow of any government by force or violence, and that he had never been deported from the United States, and EL-ASHKAR procured naturalization status.

(Title 18, United States Code, Sections 1425(a) and 2.)

_____         _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ATEF M. EL-ASHKAR,
a/k/a "Etif M. El-Ashkar,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1425(a))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

7/22/07