ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA              :

     - v. -                           :    07 Cr. 697

ATEF M. EL-ASHKAR,                    :
   a/k/a "Etif M. Al-Eshkar,"

                 Defendant.           :
- - - - - - - - - - - - - - - - - - - - x
```

       Upon the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Christian R. Everdell, Assistant United States Attorney, it is hereby

       ORDERED, that Indictment No. 07 Cr. 697, which was sealed on or about July 27, 2007, is hereby unsealed.

Dated:    New York, New York
           September 13, 2007

                                          _____
                                          United States Magistrate Judge

                                          DOUGLAS F. EATON
                                     UNITED STATES MAGISTRATE JUDGE
                                     SOUTHERN DISTRICT OF NEW YORK

