

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2007

**BY HAND DELIVERY**

The Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Atef El-Ashkar*,
    07 Cr. 697 (GBD)

SO ORDERED
The pre trial conference is
scheduled for September 26, 2007
at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
SEP 2 0 2007

Dear Judge Daniels:

  The defendant in the above-captioned matter was arrested and arraigned on the indictment before Magistrate Judge Douglas F. Eaton on Thursday, September 13, 2007. A control date was set for September 27, 2007, and time was excluded under the Speedy Trial Act until then. Pursuant to the court deputy's instructions, I write to request a pre-trial conference in this matter at Your Honor's earliest convenience.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

   By: _____
      Christian R. Everdell
      Assistant United States Attorney
      (212) 637-2556

cc: Philip L. Weinstein, Esq. (by fax)