

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 31 2007

October 30, 2007

**BY FACSIMILE**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
OCT 3 1 2007

Re: United States v. Atef El-Ashkar,
    07 Cr. 697 (GBD)

Dear Judge Daniels:

    This matter is scheduled for a status conference before Your Honor on November 6, 2007, at 9:30 a.m. At the request of defense counsel, the Government is currently trying to obtain a document that was not contained in the defendant's alien file, which was produced on October 11, 2007. Accordingly, the parties respectfully request an adjournment of the November 6, 2007 status conference until November 20, 2007, at 9:30 a.m., so that the Government may provide, and the defendant may review, the requested discovery.

    The Government also respectfully requests that the Court exclude time from today, October 30, 2007, until November 20, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce the additional discovery to the defendant, and allow the parties to engage in possible plea discussions. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

cc: Philip L. Weinstein, Esq. (by fax)