USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :      ORDER

         - v. -                :      07 Cr. 697 (GBD)

ATEF M. EL-ASHKAR,               :
   a/k/a "Etif M. Al-Eshkar,"
                           :
         Defendant.
                           :
- - - - - - - - - - - - - - - - - x

        THE COURT having found that, on November 20, 2007, ATEF M. EL-ASHKAR, the defendant, was convicted pursuant to a plea of guilty of procuring his naturalization as a United States citizen contrary to law, in violation of Title 18, United States Code, Section 1425(a);

        IT IS HEREBY ORDERED, pursuant to Title 8, United States Code, Sections 1451(e) and 1451(f), that:

        (1) any Order admitting ATEF M. EL-ASHKAR to United States citizenship is hereby revoked, set aside, and declared void;

        (2) the Certificate of Naturalization (No. 27817789) issued in the name of "Etif Al Eshkar" on May 24, 2004, is hereby cancelled;

        (3) ATEF M. EL-ASHKAR is directed to surrender his Certificate of Naturalization (No. 27817789) to the Attorney General of the United States (via the United States Attorney's Office of the Southern District of New York) no later than 5:00 p.m. on Monday, March 3, 2008; and

(4) the Clerk of the Court shall transmit a certified copy of this Order to the Attorney General of the United States.

Dated: New York, New York
February ___, 2008

FEB 29 2008

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**

2